

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-15-00355-CR

The **STATE** of Texas,
Appellant

v.

Jesus Alejandro **CHAPA-LOPEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-310
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  September 9, 2015

DISMISSED

Appellant, the State of Texas, has filed a motion to dismiss this appeal. We grant the motion

and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish